# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

| | |
|---|---|
| GUY FERRANTE and DEBORAH FERRANTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) **JUDGMENT IN A** <br> ) **CIVIL CASE** <br> v. ) **CASE NO. 4:18-CV-108-D** <br> ) <br> WESTIN ST. JOHN HOTEL CO., VISTANA ) <br> SIGNATURE VACATIONS, and VISTANA ) <br> SIGNATURE EXPERIENCES, ) <br> ) <br> Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on October 30, 2018, plaintiffs filed an amended complaint and dismissed defendant Vistana Signature Vacations.

IT IS FURTHER ORDERED AND DECREED that the court GRANTS defendants' motions for summary judgment [D.E. 48, 55] and DENIES plaintiffs' cross-motion for summary judgment [D.E. 64]. Defendants may file a motion for costs in accordance with this court's local rules and the Federal Rules of Civil Procedure.

**This Judgment Filed and Entered on January 29, 2020, and Copies To:**

| | |
|---|---|
| Guy Ferrante | (via CM/ECF electronic notification) |
| Deborah Ferrante | (Sent to 108 Shoreview Drive New Bern, NC 28562 via US Mail) |
| Christopher Page | (via CM/ECF electronic notification) |
| Caitlin Mitchell | (via CM/ECF electronic notification) |

DATE:  
January 29, 2020

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk